# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**CATHY ANDREWS**                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 5:06-CV-19-DCB-JMR**

**FORD MOTOR COMPANY**                                      **DEFENDANTS**
**AND JOHN DOES 1-5**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Cathy Andrews and Defendant Ford Motor Company, having reached settlement, jointly move the Court by *ore tenus* motion for an order dismissing this action with prejudice as to Ford Motor Company. Such motion has come before the Court and is granted. Therefore, this action is hereby dismissed with prejudice as to Defendant Ford Motor Company with all parties to bear their own costs and expenses of litigation, including attorney's fees.

THIS the 8th day of November, 2006.

                                               S/DAVID BRAMLETTE
                                               **DAVID C. BRAMLETTE**
                                               **U.S. DISTRICT COURT JUDGE**

**AGREED TO AND APPROVED:**


  /s/Gary L. Honea

Gary L. Honea, Esq.
209 Apache Drive
McComb, Mississippi 39648-6205

**COUNSEL FOR PLAINTIFF**



  /s/Robert F. Walker

Robert F. Walker, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi  39211-6391

**COUNSEL FOR FORD MOTOR COMPANY**