

DOCKET NO. 1718    5:06cv19

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION

*Cathy Andrews v. Ford Motor Co.*, S.D. Mississippi, C.A. No. 5:06-19

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE NOVEMBER 30, 2006, HEARING SESSION

A conditional transfer order was filed in this action (*Andrews*) on August 14, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Andrews* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Andrews* was dismissed in the Southern District of Mississippi by the Honorable David C. Bramlette in an order filed on November 9, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on August 14, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 17, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY
NOV 1 4 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
NOV 21 2006
Clerk, District Court
Southern District, Miss.

November 14, 2006

J.T. Noblin, Clerk
316 James O. Eastland United States
   Courthouse
245 East Capitol Street
Jackson, MS  39201

Re: MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
       Litigation

   *Cathy Andrews v. Ford Motor Co.*, S.D. Mississippi, C.A. No. 5:06-19

Dear Mr. Noblin:

   I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                              Very truly,

                              Jeffery N. Lüthi
                              Clerk of the Panel

                              By_____
                                 Regina Hale
                                 Calendar Clerk

Enclosure

cc:    Transferee Judge: Judge Bernard A. Friedman
       Transferor Judge: Judge David C. Bramlette

JPML Form 87